FIFTH THIRD MORTGAGE COMPANY, APPELLEE, *v.* BIHN, APPELLANT.

[Cite as *Fifth Third Mtge. Co. v. Bihn,* 134 Ohio St.3d 367, 2012-Ohio-5494.]

*Court of appeals' judgment reversed and cause remanded for further proceedings*

*consistent with* Fed. Home Loan Mtge. Corp. v. Schwartzwald.

(No. 2012-0867—Submitted December 4, 2012—Decided December 5, 2012.)

CERTIFIED BY the Court of Appeals for Montgomery County,

No. 24691, 2012-Ohio-637.

_____

**{¶ 1}** The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings consistent with *Fed. Home Loan Mtge. Corp. v. Schwartzwald*, 134 Ohio St.3d 13, 2012-Ohio-5017, 979 N.E.2d 1214.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

MCGEE BROWN, J., not participating.

_____

Maguire & Schneider, L.L.P., Karl H. Schneider, and Mark R. Meterko, for appellee.

Gudorf Law Group, L.L.C., and Ted Gudorf, for appellant, Jacqueline S. Bihn.

_____